IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CV-301-RJC-DCK

QUINSTON ANDERSON,

    Plaintiff,

v.

THE RAYMOND CORPORATION,

    Defendant.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on Defendant The Raymond Corporation's "Motion To Strike Paragraph 7 Of The Complaint" (Document No. 9) filed September 1, 2010. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and is ripe for disposition. Plaintiff has failed to file any response to the motion and the time to do so has lapsed.

Having carefully considered the motion, and for good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant The Raymond Corporation's "Motion To Strike Paragraph 7 Of The Complaint" (Document No. 9) is **GRANTED**. Paragraph 7 of the Complaint is hereby stricken.

Signed: September 22, 2010

_____
David C. Keesler
United States Magistrate Judge