# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:10-CV-301-RJC-DCK

QUINSTON ANDERSON,

    Plaintiff,

v.

THE RAYMOND CORPORATION,

    Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Confidentiality Agreement And Protective Order" (Document No. 18) filed December 9, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Confidentiality Agreement And Protective Order" (Document No. 18) is **GRANTED**.

Signed: December 9, 2010

_____
David C. Keesler
United States Magistrate Judge