IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10CV301-RJC-DCK

QUINSTON ANDERSON,

    Plaintiff,

v.

THE RAYMOND CORPORATION,

    Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 21) regarding Patrick W. Schmidt, filed on December 21, 2010.

Up*o*n review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Schmidt is admitted to appear before this court *pro hac vice* on behalf of Defendant The Raymond Corporation.

Signed: December 22, 2010

David C. Keesler
United States Magistrate Judge