# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:10CV301-RJC-DCK

| | |
|---|---|
| QUINSTON ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE RAYMOND CORPORATION,<br><br>    Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 22) regarding Raymond D. Jamieson filed on December 21, 2010.

Up*o*n review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Jamieson is admitted to appear before this court *pro hac vice* on behalf of Defendant The Raymond Corporation.

Signed: December 22, 2010

_____
David C. Keesler
United States Magistrate Judge