# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:10-CV-301-RJC-DCK

| | |
|---|---|
| QUINSTON ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE RAYMOND CORPORATION,<br><br>    Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Amend Pre-Trial Order And Case Management Plan" (Document No. 36) filed May 18, 2011. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Amend Pre-Trial Order And Case Management Plan" (Document No. 36) is **GRANTED** as follows:

| | |
|---|---|
| Defendant's Expert Report Deadline | June 30, 2011 |
| Mediation Completion Deadline | August 15, 2011 |
| Discovery Completion Deadline | August 15, 2011 |
| Dispositive Motion Deadline | September 15, 2011 |
| Trial Date | January 2012 |

**SO ORDERED**.

Signed: May 18, 2011

David C. Keesler
United States Magistrate Judge